# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NIKUNJ DAVE,

    Plaintiff,

v.   Case No: 8:24-cv-2664-WFJ-LSG

FLORIDA TRANSPORTATION ENGINEERING, INC.,

    Defendant.
_____/

# O R D E R

The Court has been advised by **the Mediation Report (Dkt. 21)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on September 7, 2025.

          s/*William F. Jung*
          **WILLIAM F. JUNG**
          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record